RANDOLPH CROSSLEY and GEORGE HIILANI
MILLS *v.* ANDREW T.F. ING, LIEUTENANT
GOVERNOR, STATE OF HAWAII; JOHN A.
BURNS AND THOMAS P. GILL.

No. 4661.

June 25, 1968.

RICHARDSON, C.J., MIZUHA, J., CIRCUIT JUDGE
FELIX FOR MARUMOTO, J., DISQUALIFIED; CIRCUIT
JUDGE OKINO FOR ABE, J., DISQUALIFIED AND
CIRCUIT JUDGE OGATA FOR LEVINSON, J.,
DISQUALIFIED.

*Per Curiam.* This suit arises out of the general election held
on November 8, 1966, for the offices of governor and lieutenant
governor for the State of Hawaii. The final count of votes cast
for defendants John A. Burns and Thomas P. Gill was 108,840,
and for plaintiffs Randolph Crossley and George H. Mills, 104,324,
a difference of 4,516 votes. On December 2, 1966, plaintiffs filed
a complaint contesting the election. The defendants moved to
dismiss the complaint. On December 24, 1966, plaintiffs filed
an amended complaint consisting of three counts. Count I prayed
that the election be invalidated because of alleged irregularities.
Count II prayed for a recount. Count III prayed for relief in quo
warranto seeking the ouster of Burns and Gill. On January 3,
1967, the defendants filed a motion to dismiss the amended com-
plaint. On January 6, 1967, a hearing was held on the motion.

Further hearings were held on January 16, 17, 18 and 20,
1967. On February 17, 1967, the trial court granted defendants'
motion to dismiss. On April 11, 1967, the trial court filed its
findings of fact and conclusions of law, pursuant to Sec. 11-85.3,
R.L.H. 1955, as amended, and entered judgment dismissing the
complaint.

Plaintiffs principal contention is that the trial court should

not have limited the plaintiffs by excluding evidence of the circumstances to support the allegation of fraud by defendant Ing.

To the contrary, the record indicates that the plaintiffs had ample opportunity and did introduce enough evidence from which the trial court could make adequate findings of fact and conclusions of law. The pleadings, affidavits and the oral testimony show that there was no genuine issue as to any material fact and defendants were entitled to judgment as a matter of law.

Other specifications of error are without merit.

Affirmed.

*Bertram T. Kanbara,* Deputy Attorney General, (*Bert T. Kobayashi,* Attorney General, and *Nobuki Kamida,* Deputy Attorney General, with him on the brief) for defendants-appellees.

*Herbert Y. C. Choy, Shiro Kashiwa, James Tabor* and *Tobias Tolzmann,* attorneys for plaintiffs-appellants.